# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION
## CHALLENGING A PRISON DISCIPLINARY PROCEEDING

FILED
10/13/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[*This form is for a State prisoner to challenge <u>one prison disciplinary proceeding</u>. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a State court or federal conviction, you need a different form.*]

| Name (under which you were convicted): Te'Alijai Frazier | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] 3:23-cv-00168-MPB-CSW |
|---|---|
| Place of Confinement: Branchville Correctional Facility | Earliest Possible Release Date: 9-11-27 |

[*Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court. <u>NEATLY</u> print in ink (or type) your answers.*]

1.  Name of facility holding the hearing: Branchville Correctional Facility
    Date of hearing: 05/17/2023. Case number: BTC-23-04-0035
    Offense: Intoxicating Substance
    Code # 231-B. Did you plead guilty? ◯ Yes. ● No.

2.  Lost earned credit time? ◯ No. ● Yes, I lost 60 days earned credit time.
    Was the loss of earned credit time suspended? ● No. ◯ Yes, it was suspended until: ___/___/___.
    If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ___/___/___.

3.  Demoted in credit class? ◯ No. ● Yes, I was demoted from Class B to Class C.
    Was the demotion suspended? ● No. ◯ Yes, it was suspended until: ___/___/___.
    If suspended, has it been imposed? ◯ No. ◯ Yes, it was imposed on: ___/___/___.

4.  Appealed to the Superintendent? ◯ No. ● Yes, the result was:
    Appeal denied

5.  Appealed to Final Reviewing Authority? ◯ No. ● Yes, the result was:
    Appeal denied
    6. Previously challenged this disciplinary hearing in <u>federal</u> court? ●
    No. ◯ Yes, case number: _____

7. Are you paying the $5.00 filing fee?

[*<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.*]

● Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

○ No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

## GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[*Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.*]

**CAUTION**: *If you do not present every ground in this petition, you may be barred from doing so later.*]

**GROUND ONE**: [Briefly describe your claim.] Incorrect video evidence

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

On 4/20/23 I was presented a video evidence review (State form 55721). It stated that the video evidence I requested was reviewed, and it alleges that on 3-24-23 I was seen going into the designated urinalysis area at 1:14 A.M. then I am alledgedly seen exiting that area at 1:29 A.M. There is no way possible for that to be true the times don't match up with the conduct report. Also I was on camera in a different building at the time, because I was being held in the RHU unit where I took my test.

Did you present Ground One to the Final Reviewing Authority? ● Yes.  ○ No, because _____

**GROUND TWO**: [Briefly describe your claim.] No valid probable cause, for cause / No reasonable cause.

Supporting Facts: [*Do not argue or cite law. Just state the specific facts that support your claim.*]

As part of the "chain-of-custody form" it ask the test request reason; the officer checked the reasonable cause box, but did not write nor explain anything in the collector remarks section. Also during the due process of this conduct report I requested a for cause / probable cause reason and was never provided any at all. Also I never showed any signs, personalities or body language that

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

would lead officers to believe that I was under the influence or consumption of any substance(s) or intoxicant(s)

Did you present Ground Two to the Final Reviewing Authority? ● Yes. ○ No, because _____

**GROUND THREE**: [Briefly describe your claim.] Violating my due process rights

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
I did NOT recieve the correct video evidence. I did NOT recieve all written copies of findings of facts in my case. I did NOT recieve a fair hearing before an impartial decision maker.

Did you present Ground Three to the Final Reviewing Authority? ● Yes. ○ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

- ● Report of Conduct
- ● Screening Report
- ● Report of Disciplinary Hearing
- ● Letter from the Final Reviewing Authority
- ● Other relevant documents: I have attached all copies that were given to me pertaining evidence.

## RELIEF

I ask for the following relief: reversal of guilty finding and the result of a dissmissal and all time restored, also credit class restored _____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on 10/4/20 23 at 1:21 am/pm.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

[*Do not fill in this date and time until you give this petition to prison officials to send to the court.*]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____  
Signature

280740  
Prisoner Number