UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TEALIJAI FRAZIER, | ) |
|       Petitioner, | ) |
| v. | ) No. 3:23-cv-00168-CSW-MPB |
| WARDEN, | ) |
|       Respondent. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is DISMISSED without prejudice.

Dated: May 8, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

TEALIJAI FRAZIER
288740
BRANCHVILLE - CF
BRANCHVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

All Electronically Registered Counsel